## HAMRICK *v.* CRAVEN ET AL.

PLEADING.—*Exhibit.—Set-Off.—Promissory Note.*—An answer offering to set off a note must be accompanied by the note or a copy thereof, or must show a reason why this is not done.

EXECUTOR.—*Assignment of Note.*—An executor may transfer, by assignment, a note due his testator, so as to vest the title in the assignee.

APPEAL from the Hendricks Circuit Court.

PETTIT, J.—There are only two questions in this case.

First. Must an answer offering to set off a note be accompanied by the note or a copy of it, or show a reason why it is not done, such as a loss or destruction? We answer this question in the affirmative, and need only refer to 2 G. & H. 104, sec. 78, and the notes under it.

Second. Can an executor transfer, by assignment, a note due to his testator, so as to vest the title in the assignee? We also answer this question in the affirmative, and cite *Thomas* v. *Reister,* 3 Ind. 369, and authorities there cited.

The judgment is reversed, at the costs of the appellees, with instructions to the court below to sustain the demurrer to the answer.*

*C. C. Nave* and *C. A. Nave*, for appellant.

*L. M. Campbell*, for appellees.

*Petition for a rehearing overruled.